UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J.O.,<br><br>             Plaintiff(s),<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>             Defendant(s). | Case No. 2:22-cv-01908-NJK<br><br>**Order**<br><br>[Docket No. 1-4] |

Pending before the Court is a petition for guardian ad litem, Docket No. 1-4, which suffers from several deficiencies. First, the petition was docketed as an exhibit rather than as a proper request. *Cf.* Local Rule IC 2-2(b). Second, the petition does not contain meaningfully developed argument or appropriate discussion of legal authority. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013). Third, the record indicates elsewhere that Aaddiss Cabrera is the parent of J.O., Docket No. 1 at 3 (identifying J.O. as a "daughter"), so it is not clear that an order appointing her guardian ad litem is necessary, *see* Fed. R. Civ. P. 17(c)(1); *see also Doe ex rel. Sisco v. Weed Union Elementary Sch. Dist.*, 2013 WL 2666024, *1 (E.D. Cal. June 12, 2013). Accordingly, the petition for guardian ad litem is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: November 14, 2022

                                                                                  _____
                                                                                  Nancy J. Koppe
                                                                                  United States Magistrate Judge

1