1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

J.O.,

    Plaintiff(s),

v.

KILOLO KIJAKAZI,

    Defendant(s).

Case No. 2:22-cv-01908-NJK

**Order**

The Court has dismissed the complaint without prejudice and directed that this case be closed.  Docket No. 9.  In addition, the Court directs the Clerk's Office to **enter judgment** accordingly.

IT IS SO ORDERED.

Dated: January 24, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1